**ST. LOUIS COUNTY, Missouri, Plaintiff/Respondent,**

v.

**Edwin FRANK and Ester Frank, Defendants/Appellants.**

No. 69926.

Missouri Court of Appeals, Eastern District, Division Five.

Jan. 21, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 17, 1997.

Application to Transfer Denied April 29, 1997.

John G. Yound & Evan D. Buxner, St. Louis, for Defendants/Appellants.

John A. Ross & Patricia Redington, Clayton, for Plaintiff/Respondent.

Before AHRENS, C.J., CRANDALL, J., and CHARLES B. BLACKMAR, Senior Judge.

## ORDER

PER CURIAM.

Defendants appeal from the judgment entered on a jury verdict assessing damages in this condemnation action.

The evidence in support of the jury verdict is not insufficient; no error of law appears. An opinion would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed. Rule 84.16(b).